UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MOSHE PLOTNIK,

              Plaintiff,

v.

SUPERLATIVE RM,

              Defendant.
-------------------------------------------------------------x

**ORDER**

22-CV-00431 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff commenced this action on January 18, 2022. Since then, there has been no subsequent, substantive action in this case. Although a summons was issued, there is no indication on the docket that Defendant had been served, and Defendant has not appeared in this case.

On April 19, 2022, the Court issued an Order warning Plaintiff that this action will be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) unless, on or before April 26, 2022, Plaintiff shows cause in writing for his failure to comply with Rule 4(m). (Doc. 5).

To date, Plaintiff has failed to respond to the April 19, 2022 Order. Accordingly, the case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(m).

The Clerk of Court is respectfully requested to close this case.

SO ORDERED:

Dated:  White Plains, New York
        April 28, 2022

_____
Philip M. Halpern
United States District Judge